THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. LEAVY, Appellant, v. WILLIAM F. BAKER, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Leavy* v. *Baker*, 143 App. Div. 917, affirmed.
(Argued November 23, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 24, 1911, which confirmed the determination of defendant in dismissing the relator from the police force of the city of New York.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*Archibald R. Watson, Corporation Counsel (James D. Bell* and *John B. Shanahan* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.